**Opinion issued May 6, 2021**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-21-00126-CV

_____

**BUDGET RENT A CAR SYSTEM, LLC, Appellant**

**V.**

**KANDI ELLIOTT, Appellee**

---

**On Appeal from the County Court at Law**
**Washington County, Texas**
**Trial Court Case No. 2019-095**

---

## MEMORANDUM OPINION

Appellant, Budget Rent a Car System, LLC, has neither paid the required fees

nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5,

20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.941(a), 101.041; Order,

Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and

Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). Further, appellants have not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellant responded that it did not intend to pursue the appeal. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c).

Accordingly, we dismiss the appeal for nonpayment of all required fees and for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Farris.